OCT 2 8 2022

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A     EDKY

Eastern District of Kentucky
FILED
OCT 28 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

FROM: 91241053  FMC Lexington
P.O. Box 14500
Lexington, KY 40512
TO: Celli, Gino
SUBJECT: expedited ruling on 28 USC sec 2241
DATE: 10/25/2022 05:39:55 PM

service ECF

Dear Judge Weir:

Re: Motion to have an expedited ruling on the petition pursuant to 28 USC sec. 2241 because the biased judge/tribunal with my ineffective lawyer, who has admitted to conspiring with Engelmayer, will have a sentencing hearing on Nov. 10, 2022 and I request that this Court rule prior to Nov1, 2022

I respectfully move this Court to rule on my 28 USC sec. 2241 petition because Judge Engelmayer has set a date of Nov. 10th to have the sentencing hearing. I know this is huge request to ask the court and I would not ask if I was not in a dire need for a remedy and that is "IF' this court is able to grant me one or more of remedies that I seek.

I request the expedited ruling because, at the every least, I am hoping that this court could grant me new counsel because I need a lawyer who will correct the misconduct of Kellman, as no violation occurred on my part.

Moreover, I believe that if the facts are not enough to grant a remedy, thus far; then, nothing will move this court to grant me a remedy. I believe that the audios of Kellman and Engelmayer provide, at the very least, the appearance of impropriety and collusion between my lawyer and Engelmayer. I have stressed the fact that I have audio recorded in and out of court and the template from EDKY states not to include case law, but I keep on referencing Cronic because of the fact that in said case the Supreme Court states: "friends of the court" or "labor under a conflict."

If the facts (evidence that I point to and the fact it was sent to every single circuit judge) are not enough by now; then, they will never be and my petition should be dismissed. BUT, I am hoping and praying that Your Honor will grant me new counsel because the 6th Amendment (as pointed out in Cronic) requires a conflict free lawyer and one who will be MY ADVOCATE

Conclusion: In my mind and heart, I believe that my only chance of regaining my consitutional rights is within EDKY and I believe that I have a fair chance in this tribunal than I do in EDNY

and she wrote the doctor gave me the report!

Lucio

10/25/22 the doctor didn't

Kellman wrote to my brother
"He quoted the report by verbatim, why does he need it!"

FROM: 91241053
TO:
SUBJECT: Expedited ruling on stay
DATE: 10/25/2022 05:48:38 PM

Dear Judge Komitee and Judge Bloom:

Re: Motion to have an expedited ruling on stay on sentencing hearing on 11-10-22

I write the Court to inform them that I respectfully request that Your Honor rule on the stay of sentencing hearing because I was not allowed to litigate the issue in petition, like biased judge or biased tribunal and this has been going on since 11-14-18 and I can prove the issue via audios

I sent in summons to be issued by the clerk of the court, but I have not received any information, which I have written about many times. It is my fault about service. I understand the process and this petition was supposed to be filed in June of 2022, as I received answers from DC district court and Supreme Court.

I request this extreme remedy because I will be appearing in a court, where my judge told my lawyer, which Bloom has one of the audios, what to do. It is a known fact that lying about association is misconduct for a judge (see Mr. Geyh) and according to Kellman, my judge wants to retaliate against me for sending the audio (evidence) of his misconduct to congress and DOJ

My lawyer said she will not/did not submit a mandamus for such action on the part of Judge Engelmayer.

I would truly appreciate the consideration and remedy to protect my constitutional rights of appearing before an unbiased judge, which is protected by the 5th and 14th Amendment and written in the opinion of In re Munrch

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A   EDKY

FROM: 91241053  FMC Lexington    Celli v. Paul
                P.O. Box 14500
TO: Celli, Gino  Lexington, KY 40512   22-cv-220
SUBJECT: motion for witnesses to prove that I'm not paranoi
DATE: 10/22/2022 12:06:58 PM

*In fact, I told all judges that I start w/ a theory and it came true*

Dear Judge Engelmayer, Judge Bloom, Judge Wier, Judge Komitee, AUSA Amundson, Ms. Wentowski and Ms. Kellman:

Re: Motion for witnesses to prove that I am not paranoid, like the ~~200~~ federal judges and AUSAS with AUSAs that I spoke too and other psychiatrists

Gino, send below to Kellman

*Just the Chief Judges, as they make up the judicial conference*

Dear Ms. Kellman:

I need you to start drafting the following witness list because I need to show that I am not paranoid, as I was not going to argue with Dr. W why I connected everything with Randi Weingarten. I took her criticism about "think about ~~thinks~~ things the other way." However, Dr. W only provided me with the following instance of "paranoia":

Mr. Perez did not know (I told her that he lied) that pro se litigants/defendants could speak at the oral arguments and I DID NOT answer her fully because Supreme Courts cases, like Strickland & others, requires the lawyer to know their subject matter and if the client informs them of a fact; then, the lawyer is supposed to do the research on the topic. This is the ONLY instance of paranoia that Dr. W gave me and I was not going to argue with her about something that she does not have knowledge about, but I did answered with "if I know, he needs to know" (or something to this affect) with Mr. Perez provided me with a reason to believe that he lied to me, which is Perez said that Engelmayer did not explain the special conditions on July 1, 2021 and this IS NOT true and I can prove this is not true AND I told Dr. W what I have audio recorded with whom I recorded.

The above is a reason to call Dr. W and Mr. Perez as witnesses because this is not being paranoid and I will provide said doctor with copy of this. The doctor will come to find out that the Supreme Court said that pro se litigants MUST play by the rules and policies set forth by the Court. THEREFORE, my statement of Perez is RIGHT ON THE MONEY and of "if I know, he must know and I should have included if he did not know, then he needed to do the research, per the Court rules!" I need to note that Dr. W's statement, not in legal circles, is RIGHT ON THE MONEY too.

List of Witnesses  *Just chief Judges*
1) 200 federal judges and AUSAs (like Judge Bloom with AUSA Karamigious' supervisors), who have the audio links of you saying: "the only job that the judge told to do is make sure that you are placed in a mental institution" or Engelmayer saying; "there's no need for Ms. Kellman to review the record because I told her what she needed to do"
2) All AUSAs that I spoke to, like Gold
3) Silverman that is related to Randi Weingarten because Dr. W said that she quoted me and my paranoia centers around her with my audio of him and his admission
4) Lombardo with his supervisors
5) Psychiatrist (Barday and etc with the audios)
6) Kellman, especially because the record needs to reflect the audio and your current answers
7) Randi Weingarten
8) Judge Cogan
9) Betsy Combier
~~10) Peter Zucker~~

Evidence:
1) transcripts (4-6, 4-16, 7-24, 12-1, 3-8, 3-22 and especially 10-16-20 where Engelmayer lies)
2) My audios of the correlate to the transcript
3) the false report
4) all the email from my from to you and Silverman, as I need to prove your misconduct
5) the non-docketed motions in 22-cv-04646
6) my audios (of my lawyers and AUSAs)

Conclusion: I understand Dr. W's conclusion and if I were in her position--I might write the same thing, if I were her, but I have the RIGHT to rebut her conclusions with facts and evidence to support the reason that I am NOT paranoid. I believe Dr. W took good note and whatever I told her, I also told the Psychiatrist and the AUSAs that I spoke to, like Gold. Now, I only have 2 of the

*out of 11 just an appearance*

4 psychiatrists/psychologist audio recorded and this is due to YOUR GROSS misconduct of not motioning Judge Engelmayer to have my sessions with Dr. W recorded

The above is what I need to do to protect my liberty and my defense is not that I am paranoid, but I have AUSAs who agree with me and I told that to Dr. W and ALL other psychiatrists that did an evaluation on me. As I said before, I cannot bend reality or now be paranoid and still have ALL these AUSAs tell me that crimes were committed against me.

Since, Dr. W quoted my statement of "connections with Randi" (which I might forgotten to tell her that is how I planned it with my first email to Sen. Schumer) and provided me with Perez as the instances that I am paranoid; then, I need Dr. W to appear to fully qualify and quantify what statements made me "paranoid" and I need the above list of witnesses to rebut Dr. W's conclusion, especially you, Ms. Kellman because you told my brother that I am illogical and irrational when you had conversations with me BUT Judge Engelmayer has NEVER asked you, since I motioned for it, create a list of statement where I am illogical or irrational. PLEASE REMEMBER (you worthless human-being), that I have each of our conversation audio recorded and where you state things like "I don't understand" and then state "I understand and will read the transcript" but never do anything to protect me. In fact, you are audio recorded telling me that you did what you did for Engelmayer or Engelmayer needs to discredit me for sending my audios to congress and DOJ.

Please Take Notice, it is truly obvious that Engelmayer is protecting you because he has had the audios of you since May 4, 2022 and not just June because it was part of the CD evidence that the AUSA Karamigous gave him, as what I sent to the AUSAs prior May 4th was sent to all judges on June 14, 2022
Please Take FURTHER Notice, any other judge, who is not conspiring with you, would have removed you from the case because it is criminal and not mere gross misconduct, which you are recorded LAUGHING about when you said: "the judge will protect me, like Silverman."

I need an answer by Oct. 24, 2022 if you plan on doing anything that I wrote above because this is to show my mother and brother what a piece of shit you are as human-being and not only a lawyer because you know that I need the above to create a defense AND you are recorded telling me that you did not call a witness or present evidence because Engelmayer told you.

Ms. Kellman, you know that this letter is going to the various Courts, which you dont care because Judge Engelmayer will protect you and this is the reason you have not done anything for me or answered my questions on how will you correct your misconduct

And, Gino, please cc Officer Lombardo as this is my proof that it was sent to Ms. Kellman, as you saw previously...Ms. Kellman will aviod or not answer directly anything that will help me because she IS RECORDED telling me that there's no violation!!!

Gino, don't copy and paste below

Remedies
1) Removal of Engelmayer because of his statement of "...I told her what she needed to do," which Judge Bloom has because Engelmayer is a witnesses based on the his statement and those of Kellman, which Bloom has one of the audios
2) Recusal of Engelmayer based on the above for the appearance of impropriety
3) Removal of Kellman and Silverman, as they are witnesses
4) Recusal of AUSAs of EDNY because they are witnesses because of what I have OTHERs OUTSIDE of the 2d Cir. saying to me with letters from central DOJ that they are covering up a Cogan's crime, as they are witnesses
5) To have a stay of sentencing violation hearing, so that I can have summons issued in 04646 and serviced by either the US Marshalls or my brother at 100 Widmer Road, wappingering falls 12590...as the clerk has had this requests with summons for nearly 2 months

*Luci*
10/25/22

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A



FROM: 91241053
TO: Celli, Gino
SUBJECT: RE: Response from Kellman
DATE: 10/25/2022 05:37:52 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, AUSA Amundson, Officer Lombarod, and Ms. Kellman
Re: Letter to the Court that Kellman does not want to prepare for violation hearing, obtain evidence, fix her misconduct, or call witnesses, like Judge Bloom or herself.

I write the court to inform them that Ms. Kellman has informed me, via my brother, that she, ONCE AGAIN, does not want to be prepared for sentencing, like she was not prepared for violation hearing, because she is using a ruse of "Lucio does not want me to communicate with you." This is not true because I had my brother, cc'ed Officer Lombardo, inform Ms. Kellman that I have no choice but to allow her to communicate with my brother. She has stop responding to my request for evidence, witnesses, copy of eval report, and request for a phone conference to develop a game plan for 11-10-22.

Please Take Notice, I cannot appear with a piece of shit lawyer who does not want to anything, but sit and stand before Judge Engelmayer and behave like a common crack head because, according to Kellman, she has orders from the judge.

Dear Ms. Kellman:

Ms. Kellman, my brother has a power of attorney to act in matters of legal issues (which I told him to scan and forward it to you) and you are to speak to communicate with him only by the means of email. I have typed out what evidence I need, and witnesses needed to show that I am NOT paranoid, but have reasons because I need to prove my statements are grounded in facts, like you stating: "the judge told me that my only job was to make sure that you are placed in a mental institution"

It is obvious that you do not care for me and I do not care for you becasue you laughed in my laugh when you told me that the judge knews of my miscondcut and he will protect me. I do not have have the Supreme Court case to cite, but the Court stated (basically): a lawyer and defendant do not have to like each other, but they MUST be able to work together to develop a defense plan and achieve common goals. PLEASE NOTE, you have NEVER PLANNED WITH ME and your GOAL is to achieve Judge Engelmayer's wishes, which you are recorded telling me.

You are correct that I have used descriptions of you, like "a worthless human being" "a criminal" and others ways to describe what you have done to me--I will repeat the same words before the judge, if you want. You should NOT have a problem with my descriptions because you laughed that the judge will protect the fact that you have committed misconduct and committed fraud upon the court by doing NOTHING but ENSURE that every single consitutional right was taken from me; like calling witnesses, fair hearing, present a defense based on factual evidence, and so on.

You have placed me in jail illegally, according to you b/c of Engelmayer, and you told me on May 4, 2022; there's nothing to can do now about your misconduct, but on Nov. 10, 2022; you have the chance to correct what you did not because you were not prepared!!!!! You are recorded, which Engelmayer and Bloom has, telling me that you are not prepared and even wrote a lie to Engelmayer in a letter to him, which I told you to CORRECT, I have recorded, and YOU NEVER DID!!!

I need to know that if you are going to prepare subpoenas for the witnesses, get Dr. W' notes, and transcripts to prove that I am not paranoid. In fact. you have almost TWO weeks with the report and I STILL DO NOT have the report here to review. Did you obtain the audio of Silverman saying that he did not do his job because of Randi Weingarten and Judge Cogan because if it was not on the links sent to everyone, then it is on my computer or Iphone that Officer Lombardo has in his office

Ms. Kellman, will you do the following (either as my lawyer or to prepare for the lawyer that my mother is hiring)

1) Will you gather the evidence needed to prove that I am not paranoid? (audios of Silverman and you and others)
2) Will you gather the transcripts (7-20-21, 12-1-22, 3-8-22, 3-22-22)
3) Will you write subpoenas for you, Silverman, Perez, Peace, Trowel, Sasso, Chief Judges of our country, Bloom, Lombardo with his supervisors, Amundson, Kopplin, Gold, Shaw, Dr. W, Dr. Goldsmith, Dr. Barday, Dr. Rosenfield, and Radgale?
4) Will you gather Dr. W's notes?
5) Will you write a motion for a new violation hearing because of your gross misconduct (your words and recorded)?

Lastly, you are a well-respected lawyer and you have the track record--if anyone does a search of you on the internet, but you have not done ANYTHING to represent me or my interests; but your explicit admission that you are promoting the will of Judge Engelmayer over mine is the REASON that I do not trust you, like I would not trust a crack head. THEREFORE, the

issue IS NOT confidence, but one of trust. I am confidence that you are a good lawyer and I am confidence that you will screw me over for Judge Engelmayer, as you are recorded more than once telling me what the judge wished to occur. THE ISSUE, Ms. Kellman that you CANNOT be trusted like a common crack head cannot be trusted

Conclusion: As Your Honors can see, I am dealing with a true lowlife who will not answser my questions or prepare for sentencing here where Dr. W. said I was paranoid of people in my case because of Randi Weingarten. This is not true because I cannot connect everyone to Randi and I have ONLY claimed collusion between Randi and Silverman based on a statement of Silverman. I told the told Dr. W and I wrote in my motion called Maples that I used the Maples case to prove Ineffective assistance of counsel

Remedies:
1) For the court to pay for the lawyer that my mother is paying 20,000 dollars because Engelmayer, according to Kellman, is interferring with my lawyer representing me, as my parents are on a fix income and should not have to pay for Engelmayer's evil intent or Kellman's ill-will
2) Stay/adjournment of the procedding so that my new lawyer can be well prepared
3) Kellman to answer the above question prior to Nov. 1, 2022
4) Sanctions against Kellman for intentionally depriving me a defense and effective assistance of counsel
-----Celli, Gino Jr. on 10/23/2022 8:06 PM wrote:

\>

Gino,
   I have already written to Judge Engelmayer alerting him to Lucio's lack of confidence in me -- which are highlighted by, among other descriptives as--
"a worthless human being" "a criminal" "evil and worthless" -- not to mention a liar. As an attorney, I am bound by his directives -- and, believe me, I appreciate your predicament -- but Lucio has made it abundantly clear that he doesn't want me communicating further with his family..
Best regards,
Susan

*Luci*
10/25/22

EDKY
Celli v. ~~DOJ~~ Paul
22cv-220

Dear Chief Justice Roberts, Justice Kavanaugh, Chief Judge Livingston, Chief Sutton, Judge Wier, Judge Bloom, Judge Engelmayer, Judge Komitee, AUSA Amundson, Clerk Wolfe, Clerk Harden, Clerk Simmons, and Ms. Kellman:

Re: Missing document in the 2d Cir. and to show Judge Weir (mainly) and Judge Komitee that I am in a biased tribunal with a biased judge, who is KNOWINGLY misusing his office to reteliate against me for sending audios of him to congress, which is according to Kellman and it is recorded.

I write mainly to Chief Livingston and AUSA Amundson because my 28 USC sec. 2241 petition has not been docketed in the 2d. Cir. But, the person at the head of the Judicial Conference is Justice Roberts, so I guess this letter is mainly to him

Please Take Notice, my 28 USC sec. 2241 has been docketed in EDKY with Judge Wier, and in EDNY with Judge Komitee/Judge Bloom (they also have my injunction petition) and I believe only Judge Wier has jurisdiction at the occur time for said petition.

Please Take FURTHER Notice, I received a non-docketing answers from the 6th Cir. (Harden) and the Supreme Court (Simmons), which I resent back to them because I have the RIGHT to petition, but not a right of review under 28 USC sec. 2241 in the first instance and I await a new answer, as the answers need to come from either 6th Cir judges/Judge Sutton or Justice Kavanugh

I emailed Chief Judge Livingston, apart from the 128 judges, because I needed to address issues that relate to her supervision of clerks within her circuit and on these emails, I cc'ed AUSA Amudson. I provided what Clerk Young told me, which was "The Court said that I don't have to file your documents if I dont want," and this occurred under the supervision of Judge Katzman.

I have complained now to Engelmayer, Weir, Komitee, Swain, Bloom, Livingston and few others about the missing documents and the fact that certain documents need to be forwarded to CJA judge of the 2d Cir. and known criminal conduct of Silverman, per AUSA Shaw not docketing my motions in 19-cr-127 by Clerk Fin. It is NEARLY three months that I sent to Amundson and Clerk Wolfe about issues that have occurred in the 2d Cir. and the misconduct of Clerk Fin (especially) because he knows what Silverman did to me.

According to Kellman, Engelmayer told her that she is not to call witnesses or present evidence for May 4, 2022, which will occur again on Nov. 10, 2022. According to Dr. W, I am paranoid and I need to rebut that with EVERY SINGLE person that I have audio recorded because I have written many, many times I know my opinions are worthless but I USED the FEDERAL RULE OF EVIDENCE to tell truth because my opposing side is DOJ!!!!!! It could be that I am paranoid, but the DOJ personnel that I spoke are not paranoid because it only relates to me and this is the reason that I need DOJ ~~person~~ personnel, clerks who I recorded, my lawyers who I recorded and everyone else.

I was not going to argue with Dr. W about why she is wrong but I did tell her that I have these audios of AUSAs with others and I have audios of me telling the same facts to other psychologists. THEREFORE, I need to rebut the conclusion of paranoid and deal with such issues of not docketing my documents by clerks in the 2d. Cir. or why documents make into the envelope and never make it on the docket

I emailed Livingston with Amudson and Gold (as she was the one that told me about Clerk Young and Clerk Wolfe committed a crime against me) to inform her of the misconduct of the clerk within her circuit, but she did not do her job of supervision under the statute and the misconduct continues, so now I have to contact the person who is in charge of her because my documents don't all make it onto the docket and they go missing. This is intentional behavior to deprive me of a right and I read that it also a crime under various statutes and I have Gold telling me so, but she never mentioned a statute!!!!

Justice Roberts, I ask you to inquire where are all my missing documents and if Wolfe and Fin informed the panel of judges of Silverman's crime because I have AUSA Shaw telling me so and clerks have been charged under 18 USC sec 4 for knowing about a crime.

I know this should not be Your Honor's job, but Chief Judge Livingston does not want to her job of supervision and/or the clerks (which is a real possibility) with Lombardo do not forward the documents!!!! Just pointing out a fact!!

I need Justice Roberts to understand the following issues:

1) petitions 22-cv-04646, 22-cv-6535 and 22-cv-6542 were filed in June of 2022
2) These petitions were ONLY docketed after my brother emailed AUSA Amundson
3) The ones in SDNY have been dismissed for lack of payment, but Judge Swain approved my IFP application
4) SDNY sent my parents a letter stating that the petition has already been docketed with letter date of July 15, 2022
5) ALL petition have a docket date in Aug of 22, but they were filed with 128 judges, as the 2d Cir. and SDNY have an email address and EDNY has a website
6) 04646 is still going and it is before Judge Komitee and Judge Bloom, but I have asked for summons to be issued by the clerk and I sent in the request 3x over nearly 2 months
7) these petitions deal with the misconduct and the misuse of Engelmayer's office with supporting audios and Kellman openly saying to me that Engelmayer needs to discredit me
8) I cannot fault Komitee/Bloom because it is up to the clerk to issue the summons first before the issue of service by the US Marshals could be decided
9) I do admit and cite that I have received mail from clerks of EDNY when I have requested a copy of the docket sheet, but I am still afraid that I will face a default judgment for lack of litigation for non service of summons and complaint.
10) The clerk of SDNY deliberately took out my signature page from the petitions and it came from an email
11) Clerk Noriega did not docket my filings (which are filed in 22-cv-4646, 19-cr-127 and 22-cv-220) because she claimed them to be exhibits BUT they have motion or letter written on each one, so it was intentional

Judge Wier, I respectfully request to continue to consider my biased judge/biased tribunal (under In re Munrich), illegal detention, ineffective assistant of counsel claims with a respectful request that Your Honor rules prior to Nov. 1st because I am hoping, the very least, for a partial remedy of new counsel because I believe that I provided more than enough evidence cited to support such a remedy.

Judge Komitee/Judge Bloom, I know there is no service petition with summons but I request a temporary stay of violation hearing, so that I can serve the summons with petition and attempt to really litigate the issues because I sent in the request 3x to the clerk and my friend told me that she does not see any of them on the docket.

Judge Engelmayer, I respectfully request the appearance of impropriety as Your Honor is recorded saying: "...I told her (Kellman) what she needed to do" with Kellman saying: "the judge told me that my only job is to make sure that you are placed in a mental institution," (both statements were sent to 200 plus judges and AUSAs) because Kellman also said that you told her not to call witnesses or present evidence, as she is also recorded saying that you know

*Luci* 10/25/22

```
TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A
```




EDKY
Celli v. ~~Eng~~ Paul
22-cv-220

---

FROM: 91241053
TO: Celli, Gino
SUBJECT: Hearing procedures motion
DATE: 10/22/2022 07:52:09 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, AUSA Amundson, Dr. Wentowski, Officer Lombardo and Ms. Kellman

Re: Motion to ensure that I am allowed to present evidence, subpoena witnesses and confront with cross-examination of witnesses by the government because I must show that I am not paranoid, as Kellman intentional deprived me of these defense tactics on May 4, 2022 and she blamed Engelmayer for it with Engelmayer saying: there's no need for Ms. Kellman to review the record because I told her what she needed to do.

I write the Courts to inform them yet again, the fact that Kellman will intentionally deprive me defense tactics of presenting evidence, subpoena witnesses that I told Dr. Wentowski that I audio recorded, and cross-examine witnesses of the court/government. Below is a letter sent to Kellman and Lombardo with Amundson

Gino, please send the following to Ms. Kellman and please include Lombardo and Amundson and not Silverman

Dear Ms. Kellman:

As I reviewed the contours for the violation hearing pursuant to 18 USC sec 3552(b) and I further understand why you withheld the evaluation report for over a week now. The statute provides me with the right to rebut the conclusions of Dr. W. with evidence like my audio recording of you telling me: "the judge told me that my only job was to make sure that you are placed in a mental institution." According to Dr. W, she did not recommend any hospitalization and my diagnosis does not require it, but you will not do your job again and I know this for a fact.

You have not even inform the court that you are recorded telling me that you knew that there was no violation and you did what the judge asked of you to do.

As I have previously informed you; I have AUSAs recorded, my lawyers recorded, and court appearance recorded.

I know how the opportunity to call AUSA Shaw, AUSA Amundson, you, Silverman and please see the other document, as I am not paranoid because the instance that Dr. W provided is paranoid is not a fact because I already explained to you. Paranoid is the client that Dr. W had who thought that Illuminati were going to hire him to kill the Pres' wife and FB/What 'sup were used to contact him. I did not make those types of statements

I made the following statements and referenced the evidence, like audios:
1) Your statement of what the judge wants you to do
2) Silverman's statement of he did not his job because of Randi Weingarten and Judge Cogan
3) Perez's lie that Engelmayer did not explain the special conditions to me on July 20, 2021, which you said that judge told you not to present because it cannot be I have it recorded and the transcript provided to me has it and the transcript provided to Perez not have Engelmayer explaining it to me
4) The one example Dr. W provided me was of Perez lying about that I could not appear at oral hearing and I did not argue with her, but the truth is, by Supreme Court cases, he is accountable to know or research what are the rules
5) Then, Dr. W told me about "Connecting everything to Randi" and she said she quoted me and I did say, which you should know and Bloom knows too that I wrote that I planned to connect everything to Randi with my first email to Sen. Schumer and I wrote to the judges, too and my theory of that I will encounter nothing but Schumer judges came true and they all helped Randi

Example:
Engelmayer told me that my intent was not Randi or Cogan
Donnelly told me that it was the intent of the computer and not mine

Please Take Notice, what I described above DOES appear in the transcript

Dr. W also told me that NO ONE could tell me my intent, but I had two judges that did tell me what my intent was and would not be

When Dr. W told me to think of things the other way, I told her that I can only view recorded statements of yours or Silverman one way because they are blatant admissions and Dr. W said, there is some truth to what you say...BUT she did not tell me if she wrote them in the report

THEREFORE, I need the Dr. W to quantify and qualify what statements made her believe that I am paranoid. Now, Dr. W's comment of Perez is wrong, in the legal context, because everyone MUST following the tone/rules/policies set by the Supreme Court and I did not tell Dr. W this, as there was no need. There was no need to Dr. W about the Supreme Court because the doctor, in any other contexts but a legal one, is correct that Perez might have not known, but the Supreme Court has said that lawyers must show minimal amount of knowledge for procedures/rules/etc and being allowed to appear for oral falls within said categories. AND when coupled with the fact that Perez KNOWINGLY lied about Engelmayer not explaining special conditions provides me with a reason to believe that Perez is lying about oral argument (which I told Dr. W and more than once) because the transcripts are black and white and Perez KNOWS how to read, which I also stated for the doctor!! Lastly, I total understand where the Dr. W is coming from but the said doctor has not dealt with have all statement recorded, like I do and I offered to play the audios for her too because I could have accessed my one of my cloud accounts.

I am entitled to rebut and show that I am not paranoid based on facts, like your audio recorded statements and I believe that Dr. W should have listened to my audios prior to making the conclusion of that I am paranoid.

Gino, do not send below to Kellman

Conclusion: I know Kellman will not present evidence that Egnelmayer explained the special conditions or approved my filings because, according to the evil lady, she is doing the deeds of Engelmayer and outright told me that she did not present evidence, subpoena witnesses, or do a proper cross exam of Lombardo because of Engelmayer and the judge knows of her misconduct

Remedy:
1) To ensure that I have all witnesses/evidence (transcript/audios) to rebut Dr. W's conclusion that I am paranoid
2) To ensure that I have the right to cross exam witness because Kellman just stood there on May 4, 2022 like a true piece of shit and worthless human-being
3) Removal of Kellman and Silverman because they are witnesses to rebut the conclusion of paranoid because they are recorded, which Bloom has, admitting to conspiring with Cogan, Randi, and Engelmayer
4) Sanctions against Kellman for not calling witnesses, presenting evidence, or do a proper cross exam
5) Sanctions against Silverman for knowingly lying to probation with Kellman helping to evade testifying (as she is recorded telling me this) because, Kellman, everything I say is true but the judge did not that to be presented
6) Sanctions against AUSA Karamigous/AUSA Peace for knowing depriving me of liberty without due process with a false report and misrepresenting the facts
7) I request Engelmayer truly consider the appearance, as it is known misconduct to practice law and lie about association or misuse your office to retaliate against me for exposing the truth
8) Sanctions against Kellman for helping Engelmayer misuse his office to retaliate against me for sending audio of him lying about Sen. Schumer to congress and DOJ because she has not filed a mandamus or do anything to protect my rights
9) Sanctions against Kellman for depriving of liberty without due process because she intentionally did not present evidence, call witnesses and do a proper cross exam because she promoted the interest of Engelmayer (her words)

I know for sure Engelmayer will ignore this and every other

*Lucio*
*1/25/22*

*[handwritten: EDKY / Celli v. Paul / 22-cv-228]*

Dear Judge Wier, Judge Komitee, Judge Bloom, Judge Engelmayer, AUSA Amundson, Officer Lombardo, and Ms. Kellman:

Re: Motion to have Clerk V. Noriega (SDNY) explain why she sent a letter saying that she could not docket my motions and letters, which were DOCKETED in EDNY & EDKY, because they were "exhibits" and the reason they (SDNY) caused a default judgment, as it "appears" it was done by Engelmayer

I write the Courts to inform them of the misconduct/criminal conduct (as described to me by AUSA Gold for Clerk Young) of Clerk V. Noriega because she intentionally did not docket motions and letters that were docketed in EDNY & EDKY with a note saying that my documents cannot be docketed because they are exhibits...hmmm, FISHY. It appears that Judge Engelmayer of SDNY forced Clerk Noriega.

The dockets that were affect by Noriega are 22-cv-6535 and 22-cv-6542

Issues:
1) the said docket nos. with doc. no. 22-cv-04646 were filed in June of 22
2) Said doc. nos from above WERE ONLY docketed after my brother emailed with the fact they were NOT docketed
3) Judge Swain approved one IFP (6542) and the clerk of SDNY went in and TOOK it away...hmmm, FISHY
4) The other doc. no form SDNY, the clerk said they mailed me an IFP form here at FMC Lexington and I never received it...hmmm, FISHY
5) My parents received a letter from SDNY, after my brother mailed out a hardcopy of the petition, saying that the petition was received and docketed already with a letter date of July 15, 2022...hmm, FISHY
6) YET, all three docket nos. have a file date of Aug of 2022....hmm, FISHY
7) All three dockets have the same body for the petition, just the names differ (the difference being Williams and Peace)

I do have to say that although I have received mail here at FMC Lexington from the clerks of EDNY and from Judge Komitee, I have not received my summons or order (and that is IF my motion made it to the docket to have the US Marshals; serve it); but I do have to admit that I worry about default for not litigating (I forget the term) the petition for non service of the petition.

I wish I would have brought my pen that video records on March 22, 2022 because when Engelmayer said: "I'll decide how long you are there" was like dealing with a mishaving child (just pointing out a fact), as he turned in his chair and stormed off
*behaving*
I would like to let the judges know that I told Engelmayer that I was recording in April of 21, in of July 21, in a motion in Nov. of 21, and Dec. of 21...with the offer of giving him the USB and he answered me twice with "do whatever you want" and I did whatever I wanted....BUT in March of 22, Engelmayer had the PURE GALL to be mad at me and then told me not to record and I listened

I respectfully request that Judge Weir rule on my 28 USC Sec. 2241 petition and I believe Judge Komitee/Judge Bloom cannot rule on that petition, as the same petition was docketed in EDNY and this is due to jurisdiction

I respectfully request that Judge Komitee/Judge Bloom provide with me a stay of the violation hearing because I have not being able to serve the petition yet and it is not my fault because if the clerk does not issue the petition, I cannot have it served

I know Judge Engelmayer, Your Honor is mad and I would be mad too, but I have the RIGHT (like In re Munrich) to appear before an unbiased judge and Your Honor's statement with those of Kellman creates the appearance that you are retaliating against me...I do not know I have to write the appearance when Kellman is recorded saying: "the judge needs to discredit you for sending an audio of him to congress," but I still write it. THEREFORE, I respectfully ask Your Honor to consider the appearance and do the RIGHT thing and recuse yourself, as you mentor would have --Justice Marshalls, who has the most recusals on the Court...just a pure fact and you said that Your Honor looks at his picture and think to yourself "am I living up to him"...Are you living up to him in my case?

*[signature] 10/25/22*

EDKY

Celli v Pearl
22-cv-720

Dear Judge Engelmayer, Judge Weir, Judge Bloom, Judge Komitee and Liar/Lowlife (Kellman)

Re: Letter to the court about my medications, which was originally sent to Kellman

I write the Courts to inform them that I have asked Kellman to provide with the report and to review it with sending me information that I can correlate with what Dr. Wentowski told me. I forgot to include medications

When I entered the BOP in June of 2022, I was NOT taking ANY psy. meds, but I did take and continue to take other meds for health reason. While I was here, without the knowledge of Dr. Wentowski, I requested from Dr. Amed to prescribe me burpone (anxiety) and Lexapro (depression). By the way, I did it without the knowledge of Dr. Wentowski because our sessions had ended, but I would have told her if the sessions were still going on.

When we meet to review the report, she informed that she saw that Dr. Amed (or he called her--I don't remember what she said) prescribed said medications from above. I told Dr. W that I was on those meds the last time that I was in the BOP.

I do not trust Engelmayer or Kellman because they both KNOWINGLY used false reports against me with Kellman laughing about it. OH, Engelmayer's and Kellman's conduct HAS NOTHING to do with Randi Weingarten because Dr. W told me that my paranoia focuses on Weingarten because their conduct stands alone

According to Kellman, Engelmayer needs to discredit me for sending an audio of him to congress and the DOJ. The audio is of him lying about his association with Sen. Schumer, whihc is KNOWN misconduct under Jud. Misconduct and Disablity Act of 1980, as there were, at least, two misconduct opinions that occurred after Judge Portoues' impeachment trial---please see Mr. Geyh's testimony before the senate and to add a simple fact....Schumer was one of the 88 senators who voted to impeach Judge Portoues.

Please remember, Kellman has not filed a mandamus for biased judge/recusal due to the MAIN fact that Engelmayer lied about his association with Schumer. Then, there are the other facts of "knowingly allowed Silverman to commit a crime, per AUSA Shaw and knowingly allowed Karamigous to lie about fed rule of evid by saying "US Marshals'" statements are not oppose-sides

Remedy
1) Recusal of Engelmayer for knowingly misuses his office to reteliate against me
2) Sanctions against Kellman for admitting to helping Engelmayer
3) New CJA lawyer

I need to point this out, especially for Judge Bloom, that in the legislative history for Jud Misconduct Act (73/74), senators said that a judge WHO KNOWS of misconduct and does not report is GUILTY of misconduct and this was said again in senate hearings before the revisions went into effect in 2019...hearing were held in 2018....because Judge Cogan hid his association with the UFT

10/25/22

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A




---

FROM: 91241053
TO: Celli, Gino
SUBJECT: Motion misconduct of Engelmayer/Kellman
DATE: 10/25/2022 05:39:29 PM

Dear Chief Justice Roberts, Chief Judge Livingston, Chief Judge Sutton, Judge Engelmayer, Judge Komitee, Judge Wier, Judge Bloom, AUSA Amundson and Ms. Kellman:

Re: Motion to have Engelmayer and Kellman removed from my case for misconduct with the admission of collusion by Kellman with this being a judicial misconduct complaint with a expedited ruling on motions prior to Nov. 5, 2022

I write the Courts with Chief Justice Roberts and Chief Judge Livingston about the gross misconduct by Engelmayer and Kellman since March 8, 2022. In June of 2022, I filed with Judge Livingston and 2d Cir. judicial misconduct complaints, which are supported by audio against Engelmayer.

As Judge Engelmayer noted in his remand order, I emailed 128 judges on June 14, 2022. At that time, I disclosed the following statements:

Kellman: "the judge told me that my only job was to make sure that you are placed in a mental institution"
Engelmayer: "I called Ms. Kellman especially for you."

If Judge Livingston did her job under the Judicial Misconduct and Disablity Act of 1980 (as it was congress' answer to Watergate), she would have gained the knowledge that Engelmayer said:

1) "there's no need for Ms. Kellman to review the record because I told her what she needed to do"
2) Egnelmayer's answer to how long will I be in a mental institution: "I'll decide that" with me answering him with "you're not a psychologist and no evaluation has been done yet"
3) Kellman's admission that she was not prepared
4) And few more statements that I keep mentioning

Now, Justice Roberts and Judge Livingston has the power to reassign cases to maintain the integrity of the court, which I mention the statutes in the emails. Obviously, it is discretion

I have the right to appear before an unbiased judge in an unbiased tribunal, according to the 5th and 14th Amendments and in various Supreme Court cases, like In re Munrich and I mention others in the email.

I believe that in the email, I mentioned the fact that Kellman told me that Engelmayer wants to discredit me for sending in the audio of him (labeled as Oct 16) lying about his association with Sen. Schumer, which is known misconduct after Judge Portoues' impeachment with Mr. Geyh's testimony before the senate because I found two misconduct opinions. Basically, Mr. Geyh states that the public does not TRUST a judge who lies about association and is deemed biased, which Kellman did not file a mandamus petition on this issue

I know I mentioned the impeachment trial of Judge Louderback because said judge actually ADMITTED to use his office to fix cases for Sen. Shortbridge and mostly for the senator's child. I know I mentioned the criminal cases for judge/senator and if I could use them for the appearance of impropriety with Liliberg v. Health

I know I mentioned the fact that Engelmayer told me how to run my case, as if he were my lawyer and went as far as to tell me that Randi Weingarten and Judge Cogan are not my intent and I know that in 22-cv-04646 I state statutes like 28 USC sec. 454, which makes the practice of law a misdeamor for a sitting judge and I believe I mentioned the fact that under Misconduct Act of 1980 it is 3 days without pay to 11 months without pay for judge who practiced law with cases that a judge is deemed BIASED if he is caught practicing law in any case, which Kellman will not file a mandamus

Please Take Notice, Kellman is recorded telling me that she did what she did because of Engelmayer and the judge told her not to call witnesses or present evidence AND laughed that the judge WILL protect her

I respectfully request Judge Weir grant my petition, in whole or at least new counsel, please
I respectfully request Judge Komitee/Judge Bloom grant my petition, in whole or at least new counsel, please
I respectfully request Judge Engelmayer to truly think about what Justice Marshalls taught him and great lessons learned from

Justice Marshalls, which would be recusal based on the "appearance" as Justice Marshalls recused himself each time NAACP popped up and even Justice Roberts understand the "appearance," but the current justice with the most recusal is Justice Kagan, who clerked for Justice Marshalls like Your Honor.

Please Take Notice, Kellman, basically, admitted that Engelmayer is misusing his office to reteliate against me because I sent audios of him lying about his association with Sen. Schumer, which is known misconduct and the reason that she did not file the mandamus

I request sanctions against the evil lady for knowingly helping Engelmayer evade misconduct by not filing a mandamus or telling the court that she is recorded telling me (laughing too) that the judge knows of her misconduct because he told her what to do and the judge will protect her.

*signature* 10/25/22

FROM: 91241053
TO: Celli, Gino
SUBJECT: legal call with Kellman
DATE: 10/21/2022 07:38:47 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, Officer Lombardo, AUSA Amundson and Ms. Kellman:

Re: Motion to have a legal call with Ms. Kellman, as she does not accept my emails and she won't answer questions related to "how will you correct your misconduct of May 4, 2022?" with a request to have it audio recorded

I respectfully motion the Courts to force Ms. Kellman to have a phone conference with my brother, my mother, and myself with it being audio recorded to provide each court. It has been 5 months since the violation hearing and Kellman has not done anything to inform the court or me how she will correct her misconduct that she laughed about in my face, while she said that the judge (meaning Engelmayer) will protect her.

****Gino, send below to Ms. Kellman*******

Dear Ms. Kellman:

I have made many request that you and I have a video or legal phone call, which you have failed to answer me and I believe I send the copy to the courts--not sure. I need the phone call to occur because I need to show my mother and brother how evil and worthless you are as a person and not only as a lawyer.

You will not answer in writing the following:
1) What will you do about the fact that you have knowledge of no violation occurred? with the fact that I have the audio of your knowledge
2) What will you do about the fact that Lombardo knowingly wrote a false report that has deprived me of liberty?
3) What will you do about the fact that AUSA Karamigous and AUSA Bensing misrepresented the fact that Engelmayer approved my filing under Full and Fair Credit Clause on Dec. 1, 2021? (MacDade Act, Exc order, etc)
4) Why did you allow me to sit in jail illegal without doing anything to correct it?
5) Why did you not file a mandamus for biased jail pursuant to Mr. Geyh's testimony in Judge Portoues' impeachment trial?

I need my mother, especially, to see how evil and worthless you are because she has agreed to hire a lawyer and once she speaks to my brother, but I want her to hear you lie or avoid the question that you are recorded saying that there's no violation and you did what the judge told to do and he knows of your misconduct.

Because I need a new lawyer within a week to deal with the issues that you keep avoiding, like the mandamus or avoid the order based on fraud upon the court (extrinsic, as the case law is in 21-1760). I know my brother is busy but if I continue with you, I know that I will be harmed further.

*****Gino, dont send below*****

The letter above is similar to every other letter sent to Kellman. I have asked Judge Engelmayer and Judge Wier (if Judge Komitee and Judge Bloom wants too) to force Kellman to create a listed of statements where I was irrational or illogical, but no judge has granted me this remedy. I motion Komitee/Bloom to force Kellman to create a list because I can prove EVERY SINGLE conversation that I had with Kellman (think of the Maples case in 22-cv-04646) and it is not I who is irrational or illogical but Kellman who pretends to not understands or understands what needs to be done and then does nothing.

I cannot go into sentencing with a lawyer who KNOWS and is recorded saying there's no violation with the judge will protect me because, according to Kellman, she is conspiring with Engelmayer. MOST IMPORTANTLY, I need to show my mother directly how Kellman is intentionally harming me by nothing doing nothing or correcting her misconduct

My parents should not have to pay for my mistakes and I am entitled to a lawyer who will present my interest and not those of Engelmayer (Kellman's words)

Please Take Notice, today is 10-21-22 and Kellman has had the report since Oct. 12th and she has not forwarded the report to me here at FMC Lexington, as my friend checked pacer today and the report is under seal or has she attempted to inform me of what Dr. W supposedly wrote in the version on the docket.

Conclusion: I need the Courts (it won't be Engelmayer for sure) to grant me recorded legal call where Kellman addresses the above questions DIRECTLY and not be allowed to avoid the question.

1) Recorded legal call
2) Sanctions against Kellman
3) Sanctions against the AUSAs and Officer Lambardo
4) Removal of Kellman and Silverman for openly and recorded admitted conspiring with Engelmayer, Cogan, and Randi Wiengarten
5) Appointment of new counsel

As of 10/24/22, Kellman has informed my brother that she will not do anything for me.

Doc 1 Kellman's answer to legal call

Doc 2, Kellman's 2nd answer w/ my 2nd letter to her about phone call

- Kellman is basically withholding the eval report from me

Luci
10/25/22

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: Celli, Gino
TO: 91241053
SUBJECT: Response from Kellman
DATE: 10/23/2022 08:06:08 PM

Gino,
   I have already written to Judge Engelmayer alerting him to Lucio's lack of confidence in me -- which are highlighted by, among other descriptives as--
"a worthless human being" "a criminal" "evil and worthless" -- not to mention a liar. As an attorney, I am bound by his directives -- and, believe me, I appreciate your predicament -- but Lucio has made it abundantly clear that he doesn't want me communicating further with his family... — with my mother
Best regards,
Susan

- My brother ~~&~~ forwarded an email from me, cc'ed Lambardo, that she has to speak to my brother and my brother has a power of attorney to ~~her~~ deal w/ legal & health issues

- My brother informed, over the phone, that Kellman has mailed the report twice and I haven't ~~recei~~ received them, like she lied to Engelmayer ~~that~~ she emailed my brother the violation report

- Kellman has lied to me many times

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A        Doc 2
----------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT: RE: Response from Kellman
DATE: 10/25/2022 06:50:09 PM

*my letter to her answer*

Dear Ms. Kellman:

I am sending the request to have a phone conference as a motion. Therefore, I could NOT have told you that "Not to set up a phone conference" with him [me] for "for any reason." The motion and the email to you are within one and you are able to read, so you knowingly lied. I will being sending the motion in, please respone to me on the docket because this with your verision of events will be forwarded to the court. This is the type of stuff that I speak when I say that you are evil! You know that I have ASKED you many, many times for a legal or phone call. In fact, I am asking the court to have is recorded and to be provided to each of them because I want to show that the type of conversation we have because you wrote to my brother that I am irrational and illogical, but you are a worthless liar.

When will you set a legal call or video conference? without Silverman too.
I believe that you would not mine for it to be recorded? It would show the world how you truly treat me during our sessions because EACH time we spoke, YOU WERE NOT prepared
Why havent you setup a legal call or video conference in 5 months with me?
Why do you avoid simple questions?

Thank You,
Mr. Celli
-----Celli, Gino Jr. on 10/23/2022 12:51 PM wrote:

>

*Kellman's answer to Phone Conference*

Gino,
    Lucio has informed me -- in the strongest possible terms, -- through the emails that you've passed along -- that because of my "gross misconduct" and because I "misled" you (and his mother) -- that I am "not to call or contact my family for any reason" except with regard to his "sentencing date" or in the event that he "passes away". <u>Further, he has instructed me -- in no uncertain terms, that I am "not to set up a phone conference" with him "for any reason".</u>

    He has also informed me that his mother is in the process of retaining new counsel. Accordingly, I will notify Judge Engelmayer at once and I will await contact from his new attorney.

Best regards,

Susan

*not true, as I wrote the letter to her within the motion*