[Doc 2 of 2]

EDNY/EDKY

Page 1 of 2

Eastern District of Kentucky
FILED
NOV 08 2022
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

22-cv-220      Celli v. Paul
22-cv-06046    Celli v. Engelmayer et al
19-cr-127      USA v. Celli

Dear Judge Weir, Judge Komitee, Judge Bloom, & Judge Engelmayer

RE: Motion for Sanctions & Removal of Kellman for knowingly lying in a letter dated 10/24/22 to Judge Engelmayer w/ said judge lying for the record.

I write Courts, yet again, about the gross misconduct of Kellman. Kellman, in a letter, wrote to Engelmayer that I didn't want her to ~~telephone~~ phone my mom/bro or me, which isn't true, please see doc no. ~~above b/c~~ and I wrote a motion to have my legal call/video recorded to prove to my mom and the Court how Kellman and I truly communicate w/ each other.

When Kellman wrote to the judge, she already knew of my request b/c I wrote the letter within the motion sent to the Courts and it is already on doc. no 22-cv-220 (either date 10/27 or 10/28). Kellman intentionally misled the court into believing that it is I, who is being difficult, but the fact is Kellman continues to play games w/ my const. rights b/c the letters/motion I sent to her deal w/ calling witness, presenting evidence (~~audio~~ audios & transcripts), as Kellman is recorded telling me that Engelmayer told her to deprive me of those rights

Lucio Celli 10/31/[?] Doc 2 of 2 page 2 of 2
Lucio Celli     service by ECF

I ask, yet again, for sanctions, w/ removal of Kellman from my case & CTA Panel, which was asked of Chief Judge Livingston this past June.

Moreover, Engelmayer knowingly lied, in his answer to Kellman's letter dated 10/24 b/c he wrote "The court believed that the docto[r] provided me w/ a copy of the eval report."

Please take Notice, I have written the same motion of having Dr W provide w/ a copy since middle to late sept.

Please take FURTHER Notice, one dos Aos 19-cv-[?] 22-cv-04616 the clerks wrote "Comply Dr. W to provide me w/ copy," which has been the docket for, at least 2 wks

Therefore, Engelmayer couldn't believe the Dr gave me a copy for the reasons stated above & I wro[te] within motion, Dr W said that she would ON[LY] give me a copy If the court ordered it.

I still don't have a copy and Kellman lied that s[he] mailed it b/c I even sent to the courts, an email where sh[e] states that she has to gave me a copy
I still need the remedies of a conflict free law[yer] & unbiased judges & clerks to issue summons w/ stay of sentencing he[aring]

Dear Clerk,

I'm in transit & I already stated that I have to be back in NY by 11/10, so any mail (from the court to m) must be sent to 89 Widmer Road, Wappinger Falls NY #12590 b/c mr bro will help